AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN       DISTRICT OF       CALIFORNIA

**APPEARANCE**

Case Number: 08mj2161

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RAUL SOLORIO-DIAZ

I certify that I am admitted to practice in this court.

| 7/17/2008 | /s/ John C. Ellis, Jr. |
|---|---|
| Date | Signature |
| | John C. Ellis, Jr. / Federal Defenders of SD    228083 |
| | Print Name                                     Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City              State              Zip Code |
| | (619) 234-8467              (619) 687-2666 |
| | Phone Number                    Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 08mj2161 |
| v. | ) | |
| RAUL SOLORIO-DIAZ, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101


Dated:  July 17, 2008               /s/ John C. Ellis, Jr.
                                    JOHN C. ELLIS, JR.
                                    Federal Defenders
                                    225 Broadway, Suite 900
                                    San Diego, CA 92101-5030
                                    (619) 234-8467  (tel)
                                    (619) 687-2666  (fax)
                                    john_ellis@fd.org